# UNITED STATES DISTRICT COURT
## Eastern District Of Massachusetts

| | |
|---|---|
| Boston Financial Corporation<br><br>*Plaintiff,*<br><br>v.<br><br>Prime Star, LLC, Deborah A. Bartolini and Gregory C. Grant,<br><br>*Defendants.* | Docket No. _____<br><br>04-11499 RCL |

## MOTION FOR ATTACHMENT OF REAL PROPERTY

Now comes the Plaintiff under Rule 64 of the Federal Rules of Civil Procedure and Rule 4.1 of the Massachusetts Rules of Civil Procedure in the above entitled matter and moves to attach the real property of the Defendant, Deborah A. Bartolini located at 12 Goldmine Road, Foster, Rhode Island and the real property of the Defendant, Gregory C. Grant, located at 7 High Street, Barrington, Rhode Island.

There is a reasonable likelihood that the plaintiff will recover a judgment, including interest and costs, against the defendant for an amount equal to or greater than the amount of the attachment over and above any liability insurance known or reasonably known to be available.

As grounds therefore and in support thereof, the plaintiff relies upon its Verified Complaint, the Affidavit of Frank A. Coviello, President of Boston Financial Corporation in support of the attachment, filed herewith, and the Memorandum in Support of Motion for Attachment of Real Property, filed herewith.

Respectfully submitted,
Boston Financial Corporation
by its attorneys:

_____
Joseph M. Klements, BBO # 275062
Richardson and Tyler, LLP
15 Broad Street, Suite 900
Boston, MA 02109
(617) 523-0800

Dated: _____