UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BOSTON FINANCIAL CORPORATION )<br>Plaintiff )<br> )<br>v. )<br> )<br>PRIME STAR, LLC, DEBORAH A. )<br>BARTOLINI, and GREGORY C. GRANT )<br>Defendants )<br>_____) | DOCKET NO. 04-11499-RCL |

## DEFENDANT, GREGORY C. GRANT'S OBJECTION TO PLAINTIFF'S MOTION FOR ATTACHMENT OF REAL PROPERTY

The Defendant, Gregory C. Grant, objects to the Plaintiff's motion for a writ of attachment. In support hereof, the Defendant relies upon his memorandum of law, filed herewith.

WHEREFORE, the Defendant, Gregory C. Grant prays that the Plaintiff's motion for a writ of attachment be denied.

Defendant, GREGORY GRANT,
By his attorney,

_____
Dennis T. Grieco II, BBO# 566676
GIDLEY, SARLI & MARUSAK, LLP
One Turks Head Place, Suite 900
Providence, RI 02903
(401) 274-6644
(401) 331-9304 (FAX)

1

## **CERTIFICATION**

TO:    Joseph M. Klements, Esq.
          Richardson and Tyler, LLP
          15 Broad Street, Suite 900
          Boston, MA 02100

       I hereby certify that on the _____ day of _____, 2004 a true copy of the within was served by mail on counsel of record, as set forth above.

                                                              _____