UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
BOSTON FINANCIAL CORPORATION  )
       Plaintiff                )
                                  )
v.                                )  DOCKET NO. 04-11499-RCL
                                  )
PRIME STAR, LLC, DEBORAH A.       )
BARTOLINI, and GREGORY C. GRANT   )
       Defendants               )
_____)

**ENTRY OF APPEARANCE**

    I, Dennis T. Grieco II, Esquire, hereby enter my appearance on behalf of the Defendant Gregory C. Grant in the above-captioned matter.

                                                _____
                                                Dennis T. Grieco II, BBO# 566676
                                                GIDLEY, SARLI & MARUSAK, LLP
                                                One Turks Head Place, Suite 900
                                                Providence, RI 02903
                                                (401) 274-6644
                                                (401) 331-9304 (FAX)

**CERTIFICATION**

TO:    Joseph M. Klements, Esq.
          Richardson and Tyler, LLP
          15 Broad Street, Suite 900
          Boston, MA 02100

    I hereby certify that on the _____ day of _____, 2004 a true copy of the within was served by mail on counsel of record, as set forth above.

                                                _____