# UNITED STATES DISTRICT COURT

Eastern _____ District of _____ Massachusetts _____

Boston Financial Corporation

V.

Prime Star, LLC
Deborah A. Bartolini, and
Gregory C. Grant

SUMMONS IN A CIVIL CASE

CASE NUMBER:

**04 - 11499 RCL**

TO: (Name and address of Defendant)

Prime Star, LLC
C/o its Registered Agent
Gordon A. Carpenter
91 Friendship Street
Providence, RI 02903

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Joseph M. Klements
Richardson and Tyler, LLP
15 Broad Street, Suite 900
Boston, MA 02109

an answer to the complaint which is served on you with this summons, within \_\_\_\_20\_\_\_\_ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

DATE  7-1-04

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | July 19, 2004 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Kirk W Sedgley | Deputy Sheriff |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

☒ Other (specify): Gordon Carpenter (W, M, 5'9"-6'0", 161-200lbs, 51-65yrs), AGENT for SERVICE

_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | 60.00 |

### DECLARATION OF SERVER

---

## STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
### CERTIFICATION OF OFFICE - DEPUTY SHERIFF
### OFFICE OF THE CLERK OF SUPERIOR COURT

☒ PROVIDENCE/BRISTOL    ☐ KENT    ☐ WASHINGTON    ☐ NEWPORT

I, _Susan Diggins_ (Print Name), Clerk of the Superior Court of said State for the above County, the same being a Court of Record and having by law a seal, DO HEREBY CERTIFY, that _Kirk W Sedgley_ (Print Name of Deputy Sheriff) is a DEPUTY SHERIFF in and for said State, and as such was, at the time of making service of the within document, duly appointed, qualified and authorized to perform all the duties of a DEPUTY SHERIFF; that I am well acquainted with the handwriting of the above-named deputy sheriff and believe that the signature on the within document is genuine.

In attestation whereof, I subscribe my name and affix the seal of said Superior Court.

_Susan Diggins_ Clerk
Signature
7-23-04
Date

SR-22 (Rev. 10/92)