Deborah Bartolini
Prime Star, LLC
12 Gold Mine Rd
Foster, RI 02825
401-397-3639

August 10, 2004

Judge Lindsay
US District Court of MA
John Joseph Moakley US Court House
1 Court House Way
Boston, Ma 02210

Re Case # 04-11499
Boston Financial Vs Prime Star, LLC

I respectfully request a motion for extension in the above case, as I presently cannot find an attorney who is licensed in the state of MA and can practice law in Federal Court.

I live on the RI/Conn. line and my attorney in RI cannot handle this case, as he is not licensed in the state of MA. I have already spoken or had appointments with 3 other attorneys and they cannot handle this case.

I have called the representing attorney twice and requested an extension and received a telephone call back on Monday, which was a state holiday in RI, advising me that Monday was the last date to respond.

There are issues that need to be addressed by an attorney, such as the amount due, as I received a current statement and is lower than the amount filed, and I need a lawyer to represent me.

I am currently involved in a Federal lawsuit in North Carolina with 16 other installation companies to get the $$ from my client that is due to Boston Financial. It was posted on one of the websites so I asked if I could be involved.

Sincerely,

Deborah Bartolini
Owner
Prime Star, LLC.