# UNITED STATES DISTRICT COURT

_____Eastern_____ District of _____Massachusetts_____

Boston Financial Corporation

V.

Prime Ster, LLC
Deborah A. Bartolini, and
Gregory C. Grant

SUMMONS IN A CIVIL CASE

CASE NUMBER:

04-11499 RCL

TO: (Name and address of Defendant)

Gregory C. Grant
7 High Street
Barrington, RI 02806

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Joseph M. Klements
Richardson and Tyler, LLP
15 Broad Street, Suite 900
Boston, MA 02109

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK                                                    DATE  7-1-04

(By) DEPUTY CLERK

RETURN OF SERVICE

STATE OF RHODE ISLAND

COUNTY OF NEWPORT                                    VS.

I hereby certify that I received the within and hereto annexed Summons and Complaint on the 3rd day of Aug 2004, and that I served the defendant Gregory C. Grant on the 6th day of Aug, 2004 as follows:

By delivering to or leaving with said defendant personally, at _____ a true and correct copy of said Summons and a copy of said Complaint thereto annexed.

✓ By delivering to and leaving with Mrs. Grant, a person of suitable age and discretion and residing at the usual place of abode of said defendant, at 7/High St. Barrington, RI _____, a true and correct copy of said Summons and a copy of said Complaint thereto annexed.

_____
Deputy Sheriff

Newport, Sc.

Subscribed and sworn to in Newport, Rhode Island this 6th day of August A.D. 2004 before me

_____
Notary Public Rosalie R. Wotton

My Commission expires 6-4-07