UNITED STATES DISTRICT COURT
Eastern District Of Massachusetts

| | |
|---|---|
| Boston Financial Corporation<br><br>*Plaintiff,*<br><br>v.<br><br>Prime Star, LLC,<br>Deborah A. Bartolini, John A. Bartolini,<br>Gregory C. Grant, and Jennifer R. Grant<br><br>*Defendants.* | Docket No. 04-11499-RCL |

## MOTION TO AMEND COMPLAINT

The Plaintiffs move pursuant to MRCP Rule 15A to amend their complaint as of right to add, *inter alia,* an equitable claim for relief against the defendants, as more fully appears from the Amended Complaint, attached hereto, to be filed and served if this motion is allowed.

In support hereof, the plaintiffs represent that no response has yet been filed to the initial complaint filed in this action.

Date:   August 25, 2004

                                              Respectfully submitted,
                                              Boston Financial Corporation
                                              by its attorneys:

                                              */s/ Joseph M. Klements*
                                              Joseph M. Klements BBO # 275060
                                              Richardson and Tyler, LLP
                                              15 Broad Street, Suite 900
                                              Boston, MA  02109
                                              (617) 523-0800