AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Eastern  District of  Massachusetts

Boston Financial Corporation

v.

Prime Star, LLC
Deborah A. Bartolini, John A. Bartolini
Gregory C. Grant, and
Jennifer R. Grant

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**04-11499 RCL**

TO: (Name and address of Defendant)

John A. Bartolini
12 Goldmine Road
Foster, RI 02825

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Joseph M. Klements
Richardson and Tyler, LLP
15 Broad Street, Suite 900
Boston, MA 02109

an answer to the complaint which is served on you with this summons, within ___10___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                                                     8-25-04

CLERK                                                              DATE

(By) DEPUTY CLERK

%AO 440 (Rev. 8/01) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | September 1, 2004 |
| NAME OF SERVER (PRINT)  Brian Schulze | TITLE  Deputy Sheriff |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Deborah-W, F, 5'4"-5'8", 131-160lbs, 51-65yrs)

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL  $XXXX 60.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9/7/04
         Date              Signature of Server    #100

RI STATE SHERIFF'S DEPARTMENT
**Providence County**
250 Benefit Street, Suite 205
Providence, RI 02903

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
## CERTIFICATION OF OFFICE - DEPUTY SHERIFF
### OFFICE OF THE CLERK OF SUPERIOR COURT

☒ PROVIDENCE/BRISTOL   ☐ KENT   ☐ WASHINGTON   ☐ NEWPORT

I, _Susan Diggins, Deputy_ , Clerk of the Superior Court of said State
        Print Name
for the above County, the same being a Court of Record, and having by law a seal, DO
HEREBY CERTIFY, that _____Brian Schuck_____
                         Print Name of Deputy Sheriff
is a DEPUTY SHERIFF in and for said State, and as such was, at the time of making service
of the within document, duly appointed, qualified and authorized to perform all the duties of a
DEPUTY SHERIFF; that I am well acquainted with the handwriting of the above-named
deputy sheriff and believe that the signature on the within document is genuine.

In attestation whereof, I subscribe my name and
affix the seal of said Superior Court.

_____ Clerk
             Signature
_9-9-2004_____
             Date

SR-22 (Rev. 10/92)