**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| BOSTON FINANCIAL CORPORATION,<br>Plaintiff<br><br>v.<br><br>PRIME STAR, LLC, DEBORAH A.<br>BARTOLINI, GREGORY C. GRANT, and<br>JENNIFER R. GRANT,<br>Defendants | DOCKET NO. 04-11499-RCL |

**ENTRY OF APPEARANCE**

Dennis T. Grieco II hereby enters his appearance as counsel for defendants, Gregory C. Grant and Jennifer R. Grant.

    Defendants, GREGORY GRANT and
    JENNIFER R. GRANT,
    By their attorney,

    _____
    Dennis T. Grieco II, BBO# 566676
    GIDLEY, SARLI & MARUSAK, LLP
    One Turks Head Place, Suite 900
    Providence, RI 02903
    (401) 274-6644
    (401) 331-9304 (FAX)

**CERTIFICATION**

TO:   Joseph M. Klements, Esq.
      Richardson and Tyler, LLP
      15 Broad Street, Suite 900
      Boston, MA 02100

    I hereby certify that on the _____ day of _____, 2004 a true copy of the within was served by mail on counsel of record, as set forth above.

    _____