UNITED STATES DISTRICT COURT
Eastern District Of Massachusetts

FILED
IN CLERKS OFFICE

2004 NOV -2  P 2:08

U.S. DISTRICT COURT
DISTRICT OF MASS.

|  |  |
|---|---|
| Boston Financial Corporation )<br>)<br>*Plaintiff,* )<br>)<br>v. )<br>)<br>Prime Star, LLC, )<br>Deborah A. Bartolini, John A. Bartolini, )<br>Gregory C. Grant, and Jennifer R. Grant )<br>)<br>*Defendants.* )<br>) | Docket No. 04-11499-RCL |

### PLAINTIFF'S MOTION PURSUANT TO RULE 55(b)(1) FOR ENTRY OF JUDGMENT BY DEFAULT AGAINST DEFENDANTS PRIME STAR, LLC, DEBORAH A. BARTOLINI and JOHN A. BARTOLINI

The Plaintiff, Boston Financial Corporation ("BFC") moves pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedure for entry of default judgment against Defendants Prime Star, LLC on counts One and Two of BFC's Amended Complaint, Deborah A. Bartolini on counts Two, Three, Four and Five of BFC's Amended Complaint and John A. Bartolini on count Five of BFC's Amended Complaint in the amount of $133,989.68 on the grounds that Prime Star, LLC, Deborah A. Bartolini and John A. Bartolini have defaulted ; and that plaintiff's claim is for a sum certain.

In support of this motion, BFC refers to the record herein including the amended complaint, the returns of service for the defendants named herein, and the affidavit filed herewith.

Boston Financial Corporation
By Its Attorneys

_____
Joseph M. Klements, BBO# 275062
Richardson and Tyler, LLP
15 Broad Street
Boston, MA 02109
(617) 523-0800