UNITED STATES DISTRICT COURT
Eastern District Of Massachusetts

FILED
IN CLERKS OFFICE

2004 NOV -2  P 2: 08

U.S. DISTRICT COURT
DISTRICT OF MASS.

Boston Financial Corporation )
)
)
*Plaintiff,* )
)
) Docket No. 04-11499-RCL
v. )
)
Prime Star, LLC, )
Deborah A. Bartolini, John A. Bartolini, )
Gregory C. Grant, and Jennifer R. Grant )
)
*Defendants.* )
)

## AFFIDAVIT OF JOSEPH M. KLEMENTS IN SUPPORT OF PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS PRIME STAR, LLC , DEBORAH A. BARTOLINI and JOHN A. BARTOLINI

I, Joseph M. Klements, of Boston, Suffolk County, Massachusetts, being first duly sworn, depose and say as follows:

1. Upon information and belief, Deborah A. Bartolini is over the age of 18 and is not incompetent.

2. Upon information and belief, John A. Bartolini is over the age of 18 and is not incompetent.

2. Upon information and belief, Prime Star, LLC is a limited liability company organized under the laws of Rhode Island with a principal place of business at 12 Gold Mine Road, Foster, Rhode Island.

3. The total amount due and owing the Plaintiff, Boston Financial Corporation under the Consulting/Factoring/Security Agreement attached to the amended complaint is $133,989.68 as of the date of filing of the complaint in this action, as set forth on the Statement of Account attached hereto as Exhibit A.

4. The Plaintiff has incurred costs of $823.65 in the course of bringing its claim for service of process, filing fees, and recording fees.

5. The plaintiff has incurred attorney's fees in the amount of $7,750 in the course of bringing its claim. The contract and guarantees upon which this action is based provide for defendants' payment of plaintiff's attorneys fees.

Signed under the pains and penalties of perjury.

_____
Joseph M. Klements

## COMMONWEALTH OF MASSACHUSETTS

Suffolk, s.s.                                    October 29, 2004

On this 29th day of October 2004, before me, the undersigned notary public, personally appeared *Joseph M. Klements,* proved to me through satisfactory evidence of identification, which were personal knowledge, to be the person whose name is signed on the preceding or attached document, and acknowledged to me that he signed it voluntarily for its stated purpose.

_____
Lauren K. Killman, Notary Public
My commission expires: 3/26/10

EXHIBIT A

```
10/26/04  09:31:07 AM                    BOSTON FINANCIAL CORPORATION                                    PAGE   1
REPORT P714                                   NET OUT REPORT 1                                         NS3.72.12r  4/01
                                         OPEN SCHEDULES FOR CLIENT 16600
                                                 AS OF 10/26/04

                                                 Company ID  01

                                                  CLIENT TOTALS


PRIME STAR, LLC.                                                                                    Client ID: 16600
144A DANIELSON PIKE
FOSTER, RI 02825
```

| Schedule Number | Schedule Date | Gross Amount | Payments /Credits | Open Balance | Advance | Earned Rebate | Earned Fees | Accrued Reserve | Accrued Fees | Total Fees | Payoff |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 17282 | 12/10/03 | 8,598.00 | 5,321.00 | 3,277.00 | 6,190.56 | 0.00 | 0.00 | 1,085.91 | 1,321.53 | 1,321.53 | 2,191.09 |
| 17286 | 12/11/03 | 8,105.00 | 480.00 | 7,625.00 | 5,835.60 | 0.00 | 0.00 | -99.94 | 2,369.34 | 2,369.34 | 7,724.94 |
| 17302 | 12/16/03 | 20,107.00 | 0.00 | 1,310.00 | 943.20 | 0.00 | 0.00 | -29.34 | 396.14 | 396.14 | 1,339.34 |
| 17331 | 12/19/03 | 11,852.00 | 835.00 | 1,130.00 | 1,414.80 | 0.00 | 0.00 | 170.87 | 379.33 | 379.33 | 959.13 |
| 17392 | 01/02/04 | 8,785.00 | 0.00 | 4,605.00 | 3,315.60 | 0.00 | 0.00 | -32.70 | 1,322.10 | 1,322.10 | 4,637.70 |
| 17393 | 01/05/04 | 9,745.00 | 0.00 | 9,745.00 | 7,016.40 | 0.00 | 0.00 | -42.88 | 2,771.48 | 2,771.48 | 9,787.88 |
| 17396 | 01/06/04 | 42,570.00 | 0.00 | 42,570.00 | 30,650.40 | 0.00 | 0.00 | -149.00 | 12,068.60 | 12,068.60 | 42,719.00 |
| 17446 | 01/15/04 | 6,150.00 | 0.00 | 3,810.00 | 2,743.20 | 0.00 | 0.00 | 17.53 | 1,049.27 | 1,049.27 | 3,792.47 |
| 17471 | 01/21/04 | 6,087.00 | 0.00 | 6,087.00 | 4,382.64 | 0.00 | 0.00 | 60.87 | 1,643.49 | 1,643.49 | 6,026.13 |
| 17502 | 01/27/04 | 8,081.00 | 0.00 | 8,081.00 | 5,818.32 | 0.00 | 0.00 | 124.46 | 2,138.23 | 2,138.23 | 7,956.55 |
| 17516 | 01/30/04 | 6,904.00 | 0.00 | 2,814.00 | 2,026.08 | 0.00 | 0.00 | 50.94 | 736.98 | 736.98 | 2,763.06 |
| 17532 | 02/03/04 | 6,167.00 | 0.00 | 1,852.00 | 1,333.44 | 0.00 | 0.00 | 40.18 | 478.38 | 478.38 | 1,811.82 |
| 17547 | 02/06/04 | 5,613.00 | 0.00 | 2,323.00 | 1,672.56 | 0.00 | 0.00 | 55.69 | 593.75 | 593.75 | 2,266.31 |
| 17562 | 02/09/04 | 3,045.00 | 0.00 | 1,980.00 | 1,425.60 | 0.00 | 0.00 | 53.66 | 500.74 | 500.74 | 1,926.34 |
| 17580 | 02/12/04 | 9,094.00 | 0.00 | 9,094.00 | 6,547.68 | 0.00 | 0.00 | 271.00 | 2,275.32 | 2,275.32 | 8,823.00 |
| 17590 | 02/18/04 | 12,057.00 | 0.00 | 5,112.00 | 3,680.64 | 0.00 | 0.00 | 179.94 | 1,251.42 | 1,251.42 | 4,932.06 |
| 17615 | 02/20/04 | 6,270.00 | 0.00 | 2,855.00 | 2,055.60 | 0.00 | 0.00 | 105.63 | 693.77 | 693.77 | 2,749.37 |
| 17636 | 02/23/04 | 13,635.00 | 0.00 | 10,015.00 | 7,210.80 | 0.00 | 0.00 | 397.59 | 2,406.61 | 2,406.61 | 9,617.41 |
| 17661 | 02/27/04 | 5,825.00 | 0.00 | 2,000.00 | 1,440.00 | 0.00 | 0.00 | 86.60 | 473.40 | 473.40 | 1,913.40 |
| 17667 | 03/01/04 | 5,020.00 | 1,350.00 | 3,660.00 | 3,614.40 | 0.00 | 0.00 | 486.60 | 919.00 | 919.00 | 3,173.40 |
| 17688 | 03/05/04 | 9,317.00 | 1,682.79 | 7,634.21 | 6,708.24 | 0.00 | 0.00 | 754.93 | 1,853.83 | 1,853.83 | 6,879.28 |
| CLIENT TOTALS: | | 212,967.00 | 9,678.79 | 137,579.21 | 106,025.76 | 0.00 | 0.00 | 3,589.53 | 37,642.71 | 37,642.71 | 133,989.68 |