## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

_____
BOSTON FINANCIAL CORPORATION )
        Plaintiff )
 )
v. )    **DOCKET NO. 04-11499-RCL**
 )
PRIME STAR, LLC, DEBORAH A. )
BARTOLINI, and GREGORY C. GRANT )
        Defendants )
_____)

**DEFENDANT, GREGORY GRANT'S LOCAL RULE 16.1 (D)(3) CERTIFICATE**

    Defendant, Gregory C. Grant, and his counsel, Dennis T. Grieco II, affirm that they have conferred:

    (a)    with a view to establishing a budget for conducting the full course—and various alternative courses—of litigation; and

    (b)    to consider the resolution of the litigation through the use of alternative dispute programs such as those outlined in L. R. 16.4.

                      Defendant,
                      Gregory C. Grant,


s/ Gregory Grant                            s/ Dennis T. Grieco II
_____      _____
Gregory Grant                                  Dennis T. Grieco II, BBO# 566676
                                                    GIDLEY, SARLI & MARUSAK, LLP
                                                    One Turks Head Place, Suite 900
                                                    Providence, RI 02903
                                                    (401) 274-6644
                                                    (401) 331-9304 (FAX)

## **CERTIFICATION**

TO:   Joseph M. Klements, Esq.
      Richardson and Tyler, LLP
      15 Broad Street, Suite 900
      Boston, MA 02100

     I hereby certify that on the 5 day of November, 2004 a true copy of the within was served by mail on counsel of record, as set forth above.

                                            s/ Cidalia Mended Lucci
                                            _____