≈AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF

**APPEARANCE**

Case Number: 04cv11499-RCL

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Boston Financial Corp vs Prime Star, LLC
Plaintiff Pro Se

I certify that I am admitted to practice in this court.

Nov 10, 2004
Date

Signature: [signature]

Print Name: Deborah A. Bartolini

Bar Number: Pro Se

Address: 12 Goldmine Rd

City: Foster  State: RI  Zip Code: 02825

Phone Number: 401-397-3532  Fax Number: Same