UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BOSTON FINANCIAL CORPORATION,<br>　　　　　Plaintiff<br><br>v.<br><br>PRIME STAR, LLC, DEBORAH A.<br>BARTOLINI, GREGORY C. GRANT, and<br>JENNIFER R. GRANT,<br>　　　　　Defendants | C.A. 04-11499-RCL |

## DISMISSAL STIPULATION

Plaintiff, Boston Financial Corporation, and Defendants, hereby stipulate and agree by and through their undersigned counsel that all Plaintiff's claims that were brought or which could have been brought against Defendants are hereby dismissed with prejudice. No costs or fees to any party and all rights of appeal waived.

| | |
|---|---|
| Plaintiff,<br>Boston Financial Corp., | Defendant,<br>Gregory C. Grant and<br>Jennifer Grant |
| S/Joseph Klements<br>_____<br>Joseph M. Klements, Esq.<br>Lauren Killman, Esq.<br>Richardson & Tyler, LLP<br>15 Broad Street<br>Boston, MA 02109 | S/Dennis T. Grieco II<br>_____<br>Dennis T. Grieco II, BBO# 566676<br>GIDLEY, SARLI & MARUSAK, LLP<br>One Turks Head Place, Suite 900<br>Providence, RI 02903<br>(401) 274-6644; 331-9304 (FAX) |

Defendant,                              Defendant,
Deborah A. Bartolini                    John Bartolini



S/Deborah Bartolini                     S/John Bartolini
_____         _____
Deborah A. Bartolini, Pro Se            John Bartolini, Pro Se
12 Goldmine Road                        12 Goldmine Road
Foster, RI  02825                       Foster, RI  02825

## **CERTIFICATION**

      I hereby certify that on the _____ day of August, 2005 a true copy of the within was served by mail on counsel of record, as set forth above.

Joseph M. Klements, Esq.
Richardson and Tyler, LLP
15 Broad Street, Suite 900
Boston, MA 02100

John and Deborah Bartolini, Pro Se
12 Goldmine Road
Foster, RI 02825

    S/ Cidalia Mendes Lucci
    _____

Case 1:04-cv-11499-RCL    Document 26    Filed 08/26/2005    Page 4 of 4